UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>COLBY PURKEL | Case No. 1:23-cr-00448-JEB-2<br><br>Sentencing: August 1, 2024 |

### ORDER FOR PRE-SENTENCE PAYMENT

Upon consideration of the United States' Consent Motion for a Pre-sentence Payment, requesting an order directing the Clerk of the Court to accept pre-sentence payments toward the criminal monetary penalties to be imposed against the Defendant in this case, it is by this Court, this __25th__ day of July, 2024, hereby

ORDERED that, pursuant to 28 U.S.C. § 2041, the Clerk of the Court shall receive payments submitted by or on behalf of the Defendant toward his criminal financial obligations and maintain such payments on deposit until the time of sentencing in this case; and it is further

ORDERED that, pursuant to 28 U.S.C. § 2042, upon entry of a criminal judgment, the Clerk of the Court shall withdraw and apply the deposited funds to the criminal financial obligations imposed against the Defendant as provided by law and in accordance with the Clerk's standard operating procedures.

SEEN AND AGREED:

| | |
|---|---|
| MATTHEW GRAVES, D.C. Bar #481052<br>United States Attorney for the<br>District of Columbia<br><br>By: */s/ Oliver W. McDaniel*<br>OLIVER W. McDANIEL, D.C. Bar No. 377-360<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, D.C. 20530<br>(202) 252-2508 \| oliver.mcdaniel@usdoj.gov<br><br>And | CLAUDE J. KELLY<br>Federal Public Defender<br><br>By: */s/ Annalisa Mirón*<br>ANNALISA MIRÓN<br>Assistant Federal Public Defender<br>500 Poydras Street, Suite 318<br>New Orleans, Louisiana 70130<br>Telephone: (504) 589-7930<br>e-mail: annalisa_miron@fd.org<br><br>*Counsel for Colby Purkel* |

/s/ Brendan Ballou  
Brendan Ballou, D.C. Bar No. 241592  
Special Assistant U.S. Attorney  
United States Attorney's Office  
601 D Street NW  
Washington, D.C. 20001  
(202) 431-8493 | brendan.ballou-kelley@usdoj.gov  

Date: July 29, 2024

Counsel for the United States

IT IS SO ORDERED.

_____  
JAMES E. BOASBERG, CHIEF JUDGE  
UNITED STATES DISTRICT COURT